UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Albert M. Bryson,<br><br>                Plaintiff,<br><br>v.<br><br>Palisades Collection, Inc.; DOES 1-10, inclusive,<br><br>                Defendants. | :<br>:<br>: Civil Action No.: 2:10-cv-00630-MMB<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against Defendant, Palisades Collection, Inc. with prejudice.

| Albert M. Bryson | Palisades Collection, Inc. |
|---|---|
| /s/ Jody B. Burton | /s/ Joan P. Depfer |
| Jody B. Burton, Esq. (71681)<br>LEMBERG & ASSOCIATES, L.L.C.<br>1100 Summer Street, 3rd Floor<br>Stamford, Connecticut 06905<br>Telephone: (203) 653-2250<br>Attorney for Plaintiff | Joan P. Depfer, Esq. (62033)<br>Marshall Dennehey Warner Coleman<br>1845 Walnut Street<br>Philadelphia, Pennsylvania 19103<br>Telephone: (215) 575-4559<br>Defendant for Defendant |

SO ORDERED