## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

Albert M. Bryson,

                Plaintiff,

      v.

Palisades Collection, Inc.; DOES 1-10, inclusive,

              Defendants.

:
:
:
: Civil Action No.: 2:10-cv-00630-MMB
:
:
:
:
:
:
:
:



**FILED**

MAY 05 2010

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against Defendant, Palisades Collection, Inc. with prejudice.

Albert M. Bryson

__/s/ Jody B. Burton_____
Jody B. Burton, Esq. (71681)
LEMBERG & ASSOCIATES, L.L.C.
1100 Summer Street, 3rd Floor
Stamford, Connecticut 06905
Telephone: (203) 653-2250
Attorney for Plaintiff

Palisades Collection, Inc.

__/s/ Joan P. Depfer_____
Joan P. Depfer, Esq. (62033)
Marshall Dennehey Warner Coleman
1845 Walnut Street
Philadelphia, Pennsylvania 19103
Telephone: (215) 575-4559
Defendant for Defendant

5/4/10

SO ORDERED
Michael M. Baylson, J.

cc: Depfer
Burton → Fax